# In the United States Court of Federal Claims

|  |  |
|---|---|
| AARON CORBIN MAZIE, | |
| Plaintiff, | |
| v. | No. 26-cv-102<br>(Filed:  March 11, 2026) |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

On February 18, 2026, the Court ordered Plaintiff, Mr. Aaron Corbin Mazie ("Mr. Mazie"), to either pay the filing fee or file a proper motion to proceed in forma pauperis ("IFP") using this Court's IFP form by March 6, 2026.  ECF No. 7.  The Court attached a blank IFP form.  *Id.*  The Court stated that if Mr. Mazie did not pay the filing fee or file a proper motion to proceed IFP, the Complaint would be dismissed for failure to prosecute.  *Id.*  Mr. Mazie has not paid the filing fee or filed a proper motion to proceed IFP.  "If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion . . . ."  Rules of the Court of Federal Claims, Rule 41(b).  Dismissal is the appropriate sanction where a plaintiff is "warned that its complaint was in danger of dismissal but failed to comply with court orders."  *Koopmann v. United States*, No. 2021-1746, 2022 WL 1073341, at *3 (Fed. Cir. Apr. 11, 2022).  For those reasons, the Court hereby **DISMISSES** Plaintiff's Complaint, ECF No. 1, **without prejudice** for failure to prosecute under Rule 41(b).  The Court **REJECTS** the deficient filings in this case and directs the Clerk's office to reject all future deficient filings in this case. The Clerk of Court shall enter **JUDGMENT** accordingly.

**IT IS SO ORDERED.**

_____
ROBIN M. MERIWEATHER
Judge